The Chester Rolling Mills, Appellant, v. The Vessels, The Hopatcong and Musconetcong,

their Tackle, Apparel, etc., Respondents.—Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.